IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
APR 0 7 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

SANJAY SINHA

**<u>Third Superseding Indictment</u>**
CRIMINAL NO. 1:14cr9HSO-JCG

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

## COUNT 1

That beginning at least as early as 2008 and continuing up to the date of this Indictment, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **SANJAY SINHA,** did knowingly conspire with others both known and unknown to the Grand Jury, to distribute and dispense controlled substances outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, Hydrocodone, a Schedule III narcotic drug controlled substance, Alprazolam and Clonazepam, both Schedule IV non-narcotic controlled substances, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

## COUNT 2

That on or about January 2, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.Mc., to wit Hydrocodone, a

Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 3

That on or about January 4, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to T.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 4

That on or about January 4, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to T.M., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 5

That on or about February 3, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to T.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 6

That on or about June 22, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.L., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 7

That on or about June 22, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.L., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 8

That on or about June 22, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to R.P., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 9

That on or about August 7, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to S.C., to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 10

That on or about August 11, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to G.H., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 11

That on or about August 14, 2010, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to B.B., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 12

That on or about September 4, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to D.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 13

That on or about September 5, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to W.P., to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 14

That on or about September 5, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to W.P., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 15

That on or about September 17, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to S.C., to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 16

That on or about September 24, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to R.T., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 17

That on or about October 16, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to S.R., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 18

That on or about October 16, 2010, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to S.R., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 19

That on or about March 18, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 20

That on or about April 9, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to L.N., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 21

That on or about April 28, 2011, in Covington County, in the Eastern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.Mc., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 22

That on or about April 28, 2011, in Covington County, in the Eastern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.Mc., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 23

That on or about June 15, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.L., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 24

That on or about June 15, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.L., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 25

That on or about June 18, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to K.C., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 26

That on or about June 20, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to T.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 27

That on or about June 20, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to T.M., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 28

That on or about June 20, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 29

That on or about June 20, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.M., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 30

That on or about June 20, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to K.C., to wit Clonazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 31

That on or about July 9, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to M.B., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 32

That on or about July 19, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.L., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 33

That on or about July 24, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to C.H., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 34

That on or about September 12, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to D.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 35

That on or about September 9, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.T., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 36

That on or about October 12, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to C.H., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 37

That on or about October 12, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to G.H., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 38

That on or about December 12, 2011, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to R.T., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 39

That on or about January 20, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to M.B., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 40

That on or about June 2, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **SANJAY SINHA**, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice to J.M., to wit Hydrocodone, a Schedule III narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

_Carla J Clark for_
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___7th___ day of ___APRIL___, 2015.

UNITED STATES MAGISTRATE JUDGE